UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE DIVISION)

*In re:*

PALLET MANAGEMENT SYSTEMS, INC.,                CASE NO. 03-21040-BKC-RBR
PALLET MANAGEMENT SYSTEMS OF                    Substantively Consolidated
INDIANA, INC., ABELL LUMBER CORPORATION         Chapter 11 Proceeding
d/b/a PALLET MANAGEMENT SYSTEMS,

                    Debtors.
_____/

### LIQUIDATING TRUSTEE'S *EX PARTE* MOTION FOR AUTHORITY TO DISBURSE REMAINING FUNDS TO THE TWENTY LARGEST CREDITORS

KENNETH A. WELT, as Liquidating Trustee (hereinafter the "Liquidating Trustee"), by and through undersigned counsel, requests authority, on an *ex parte* basis, to disburse the remaining funds in the estate to the twenty (20) largest creditors, and as grounds therefore, states as follows:

1. On February 14, 2003 (the "Petition Date"), Pallet Management Systems, Inc. ("Pallet"), Pallet Management Systems of Indiana, Inc. ("Pallet Indiana"), and Abell Lumber Corporation ("Abell") (collectively, the "Debtors") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code. By order of the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), the Debtors' cases were substantively consolidated.

2. On August 13, 2003, the Bankruptcy Court entered an order confirming the First Amended Joint Plan of Liquidation filed by the Debtors (the "Confirmation Order"). The Confirmation Order provides, among other things, for the creation of the Pallet Liquidating Trust (the "Trust") and the appointment of Kenneth A. Welt, as the Liquidating

# 107320 v1

Trustee of the Trust (the "Liquidating Trustee"). The Trust Agreement, among other things, directs the Liquidating Trustee to disburse funds of the Trust to creditors of the estate.

3.  On May 1, 2006, the Liquidating Trustee filed his Final Report and Motion for Final Decree Closing Case [C.P. #513]. All distributions were paid pursuant to the Final Report.

4.  The Final Decree closing this case was entered on October 24, 2006 [C.P. # 520].

5.  After the case was closed, counsel for the Liquidating Trustee was contacted by counsel for Stewart Saw Works, Inc. ("Stewart") in an attempt to resolve the Final Default Judgment (the "Judgment") the Liquidating Trustee obtained against Stewart on September 2, 2004.

6.  Thereafter, the Liquidating Trustee and Stewart entered into a settlement agreement whereby Stewart would pay the estate $17,000.00 to satisfy the Judgment. This settlement was approved by the Court on January 14, 2008 [C.P. #536].

7.  After paying certain expenses, there remains a balance of $11,513.23 in the estate from the Stewart settlement proceeds.

8.  There are over four hundred (400) creditors of this estate. It would be extremely burdensome and expensive to distribute the remaining funds on a pro rata basis to all the creditors. Moreover, each creditor would only get a few dollars, at most, after deducting the cost of distributing the payments.

9.  The Liquidating Trustee consulted with the Office of the United States Trustee who suggested that he deposit the remaining funds at the Clerk's Office of the United States Bankruptcy Court (the "Clerk's Office"). The Clerk's Office recommended that the

Liquidating Trustee seek court approval to distribute the remaining funds to only the twenty (20) largest creditors.

10. Accordingly, the Liquidating Trustee respectfully requests that he be allowed to disburse the remaining funds on a pro rata basis to the twenty (20) largest creditors only (who have only received about 14% of their claim amounts). A list of the twenty (20) largest creditors is attached hereto as Exhibit "A."

11. In addition, the Liquidating Trustee requests that he be allowed to collect his statutory fees based on disbursements without further order of this Court.

12. The Office of the United States Trustee has no objection to the relief requested herein.

WHEREFORE, KENNETH A. WELT, as Liquidating Trustee, respectfully requests an order: (i) allowing him to compensate himself for statutory trustee fees, without further order of this Court; (ii) allowing him to pay the remaining funds to the twenty (20) largest creditors on a pro rata basis; and (iii) granting such other and further relief as is just and proper.

## CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

# 107320 v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail or electronically through the Court's BNC to all parties on the attached service list this 1７ day of June, 2009.

          **GRAY ROBINSON, P.A.**

    By: /s/ Steven J. Solomon
        Steven J. Solomon
        Florida Bar No.: 931969
        1221 Brickell Avenue – Suite 1600
        Miami, FL 33131
        Tel: 305-913-0367
        Fax: 305-416-6887
        *Attorneys for the Liquidating Trustee*

# 107320 v1

## SERVICE LIST

Jerry S. Ullman, Esquire
West Coast Lumber, Inc.
P.O. Box 58
Climax, NC 27233

Mr. Ray Egeland
Hanover Forest Products
P.O. Box 717778
Richmond, VA 23225

Mr. Robert Alford
Southmark Forest Products
1327 Beaman Place, Suite 215
Greensboro, NC 27408

William Reberger
Specialized Pallet Builders, LLC
8174 North County Road 150W
Brazil, IN 47834

Kenneth A. Welt, Trustee
3790 North 28th Terrace
Hollywood, Florida 33020

Craig Reiders, Esquire
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 3600
Miami, Florida 33131

Steven Turner
U.S. Trustee
Office of the Assistant U.S. Trustee
Southern District of Florida
51 SW 1st Avenue – 12th Fl
Miami, Florida 33130

| 03-21040 | | Claim Name | Address One | Address Two | Claim City | Claim State | Claim Zip | Ssn Tin | Amount Filed | Amount Allowed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PALLET MANAGEMENT SYSTEMS, INC. | | | | | | | | |
| Total Paid | | | | | | | | | | |
| $44,147.87 | 1 | UNIVERSAL FOREST PRODUCTS, INC. | 33373 TREASURY CENTER | | CHICAGO, IL 60694 | | | | $319,667.82 | $319,667.82 |
| $24,075.74 | 2 | EAST COAST LUMBER COMPANY | PO BOX 58 | | CLIMAX, NC 27233 | | | | $174,295.98 | $174,295.98 |
| $17,031.11 | 3 | HANOVER FOREST PRODUCTS | PO BOX 71778 | | RICHMOND, VA 23255-1778 | | | | $123,296.43 | $123,296.43 |
| $16,344.68 | 4 | JOHNSON & WIMSATT, INC. | PO BOX 580 | | Cabin John | MD | 20818 | | $118,327.08 | $118,327.08 |
| $15,851.83 | 5 | LUMBER REMANUFACTURING SERVICE | PO BOX 115 | | BEEK, AL 35545 | | | | $114,759.08 | $114,759.08 |
| $13,813.14 | 6 | Proskauer Rose LLP | Mathew H. Triggs, Esq. Suite 340 West | 2255 GLADES RD | Boca Raton, | FL | 33431 | | $100,000.00 | $100,000.00 |
| $13,502.97 | 7 | SOUTHMARK FOREST PRODUCTS | PO BOX 890156 | | CHARLOTTE, NC 28289 | | | | $97,754.58 | $97,754.58 |
| $12,596.35 | 8 | CLARY LUMBER-SHORT | 204 MITCHELL STREET | PO BOX K | GASTON, NC 27832-0000 | | | | $91,191.11 | $91,191.11 |
| $12,369.41 | 9 | CONNER INDUSTRIES, INC. | PO BOX 200298 | | DALLAS, TX 75320 | | | | $89,548.12 | $89,548.12 |
| $10,702.09 | 10 | NULYNE CORP. | PO BOX 2153 | DEPT 3277 | BIRMINGHAM, AL 35287 | | | | $77,477.62 | $77,477.62 |
| $10,350.85 | 11 | Steel Hector & Davis, LLP | John Eaton, Esq. Suite 4000 | 200 South Biscayne Blvd. | Miami, | FL | 33131 | | $148,045.00 | $75,000.00 |
| $10,182.24 | 12 | EDGEWATER LUMBER COMPANY, INC. | PO BOX 2620 | | VALDOSTA, | GA | 31604 | | $73,714.17 | $73,714.17 |
| $8,883.90 | 13 | HOPKINS LUMBER CONTRACTOR | PO BOX 85 | | WOOLWINE, VA 24185 | | | | $128,629.72 | $64,314.86 |
| $8,721.89 | 14 | MEAD CORPORATION | 9080 SPRING BORO PIKE | | MIAMISBURG, OH 45342 | | | | $63,504.00 | $63,504.00 |
| $8,257.21 | 15 | THE MCGINNIS LUMBER COMPANY | PO BOX 2049 | | MERIDIAN, MS 39302 | | | | $59,777.97 | $59,777.97 |
| $7,635.69 | 16 | STREET LUMBER | PO BOX 1928 | | MOBILE, AL 36633 | | | | $55,278.47 | $55,278.47 |
| $7,188.21 | 17 | TIMBER INDUSTRIES, INC. | PO BOX 17221 | | BALTIMORE, MD 21297-1121 | | | | $52,038.96 | $52,038.96 |
| $6,973.08 | 18 | DeJarnette Lumber COmpany | PO Box 67 | | Milford, | VA | 22514 | | $50,481.49 | $50,481.49 |
| $6,836.12 | 19 | VIRGINIA HIWAY INC | C/O ANDREW ZARON HUNTON WILLIAMS | 1111 BRICKELL AVE #2500 | MIAMI, | FL | 33131 | | $49,490.00 | $49,490.00 |
| $6,386.97 | 20 | R W DAVIS & SON LUMBER SHOP CO., INC. | PO BOX 430 | | BLACKSTONE, VA 23824 | | | | $46,238.40 | $46,238.40 |



EXHIBIT A