

**ORDERED in the Southern District of Florida on June 21, 2009.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FT. LAUDERDALE DIVISION)

*In re:*

PALLET MANAGEMENT SYSTEMS, INC.,
PALLET MANAGEMENT SYSTEMS OF
INDIANA, INC., ABELL LUMBER CORPORATION
d/b/a PALLET MANAGEMENT SYSTEMS,

CASE NO. 03-21040-BKC-RBR
Substantively Consolidated
Chapter 11 Proceeding

Debtors.
_____/

**ORDER GRANTING *EX PARTE* MOTION FOR AUTHORITY TO DISBURSE
REMAINING FUNDS TO THE TWENTY LARGEST CREDITORS**

THIS MATTER came before the Court upon the Liquidating Trustee's *Ex Parte Motion for Authority to Disburse Remaining Funds to the Twenty Largest Creditors* (the "Motion"), and the Court, having considered the matter on the papers submitted, finding good cause for the granting therefor, and being fully advised in the premises, it is

**ORDERED** as follows:

1.    The Motion is GRANTED.

# 107322 v1

2.  The Liquidating Trustee is authorized to: (i) compensate himself for statutory trustee fees, without further order of this Court; and (ii) pay the remaining funds in the estate to the twenty (20) largest creditors of the estate listed in Exhibit "A" to the Motion on a pro rata basis.

###

Submitted by:
Steven J. Solomon, Esq.
Gray Robinson, P.A.
1221 Brickell Avenue – Suite 1600
Miami, FL 33134
Telephone: (305) 913-0367
Facsimile: (305) 416-6887

Copies furnished to:

Steven J. Solomon, Esq., Gray Robinson, P.A., 1221 Brickell Avenue – Suite 1600, Miami, FL 33134